**No. 50740.**—Protests 36961–K, etc., of Wo Kee & Co. et al. (Los Angeles).

Opinion by COLE, J. It was stipulated that certain items of the merchandise are the same in all material respects as the commodity passed upon in *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). On the stipulated facts the merchandise, which includes salt as a substantial component part thereof, was excluded from classification under paragraph 5 and held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 50741.**—Protests 517017–G, etc., of Jacobsen & Kupitsky et al. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.